DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEAL LEE MINTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2701

[December 4, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael J. Linn, Judge; L.T. Case No. 2022CF003172 A.

Daniel Eisinger, Public Defender, West Palm Beach, and Gary L. Caldwell, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***